# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00399-CR

**The State of Texas, Appellant**

**v.**

**Edmund Koko Kahookele, Appellee**

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2017–356, THE HONORABLE GARY L. STEEL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The mandate in this cause issued by this Court on November 16, 2021, is hereby withdrawn.

It is so ordered on November 19, 2021.

Before Chief Justice Byrne, Justices Triana and Kelly

Do Not Publish